FILED
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MODULAR SPACE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | 07CV 6742 |
| ) | JUDGE DARRAH |
| v. ) | MAGISTRATE JUDGE KEYS |
| ) | |
| INTELLI-SPACE MODULAR BUILDINGS, INC.,) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LR 3.2**

Plaintiff Modular Space Corporation is 100% owned by Modular Space Intermediate Holdings, Inc.

MODULAR SPACE CORPORATION

By: _____
Attorney for Plaintiff

Stephen R. Meinertzhagen
Susan J. Miller
Attorneys for Plaintiff
Burke, Warren MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
(312) 840-7000 - (312) 840-7900 (FAX)
Attorney No. 41704
449946/1

1