## SHERIFF'S OF____, COUNTY OF KENDALL, ILLINOIS
### Affidavit of Service

Paper #:  2007 - 00002780     07CV6742    Date Recd:  12/03/2007  Date Filed:  12/03/2007  Die Date:

Defd/Witness   INTELLI-SPACE MODULAR BUILDINGS INC    Alternate/Employer Address:  **SERVE REGISTERED AGENT**
Address:       1540 ROUTE 31                           Address:                      **RICKY MATLOCK**
City, ST Zip   OSWEGO              60543  IL           City, ST Zip
Phone #:                                                                0000000000     *Dean*
                                                                                       *6-21-59*

Plaintiff Attorney:  WARREN MACKAY & SERRITELLA
Address:             330 NORTH WABASH AV
                     CHICAGO                 IL   60611-3607
********************************************************************************

| TYPE OF PAPER SERVED | SUMMONS/REPLEVIN |
|---|---|

*I Certify that I served the above Papers on the Defendant as Follows:*

_____ 1.) PERSONAL SERVICE: (By leaving a copy of the civil papers with the named defendant personally.

_____ 2.) SUBSTITUTE SERVICE: (BY leaving a copy of the civil papers at the above abode with a member of the family 13 years of age or older, and informing that person of its contents. A copy will be mailed to the defendant at the above address. Copy Mailed by _____ on _____.

__✓__ 3.) Service on: CORPORATION:__✗__ COMPANY ____ BUSINESS ____ PARTNERSHIP ____
         By leaving a copy of the civil papers/interrogatories with the registered agent, authorized person or partner of Defd.

_____ 4.) POSTED PAPERS

                                    **RICHARD A. RANDALL, SHERIFF**

                                    _Niles  50_____ Deputy

Person served for Defendant/Witness  _Matlock, Ricky Dean_  DOB _6/21/59_  Sex _M_  Race _W_  Ht _5'10_  Wt _205_

Relationship to Defendant/Witness  _Owner_

Address where served  _1540 RT 31  Oswego_____  is address abode of Defd  yes _✗_  no ____

Township served  _Oswego_

Date of Service: This _5th_ day of _Dec_, 20_07_  Time: _10:38_ AM/PM

Remarks: _____

Reasons Not Served:          Attempted Services:                Sheriff Fees:
                             Date        Time                    Service   _____
____ Moved                   __/__/__   __:__ AM/PM              Mileage   _____
____ Wrong Address           __/__/__   __:__ AM/PM              Return    _____
____ Return/Atty/Plaintiff   __/__/__   __:__ AM/PM              TOTAL     _____
____ Other Reasons           __/__/__   __:__ AM/PM
                             __/__/__   __:__ AM/PM
                             __/__/__   __:__ AM/PM
                             __/__/__   __:__ AM/PM