AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Modular Space Corporation

V.

Intelli-Space Modular Buildings, Inc.

07CV 6742
JUDGE DARRAH
MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Intelli-Space Modular Buildings, Inc.
c/o Ricky Matlock, its registered agent
1540 State Route 31
Oswego, Illinois  60543

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*[handwritten: Stephen R. Meinertzhagen / Burke Warren / 330 N Wabash Ste 2200 / Chg Il 60611]*

Stephen R. Meinertzhagen
Burke, Warren, MacKay & Serritella
330 N. Wabash Avenue, Suite 2200
Chicago, IL  60611

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*[signature]*

(By) DEPUTY CLERK

*[handwritten: Stephen R Meinertzhagen / Burke Warren Ste 2200 / Chg Il 60611]*

NOV 3 0 2007

DATE