UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MODULAR SPACE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-cv-06742 |
| | ) | |
| INTELLI-SPACE BUILDINGS, INC. | ) | Judge John W. Darrah |
| | ) | |
| Defendant. | ) | Magistrate Judge Keys |

### PLAINTIFF'S MOTION FOR DEFAULT

Plaintiff, Modular Space Corporation, ("Modular Space"), by and through its attorneys, Burke, Warren, MacKay & Serritella, P.C., moves this Court to enter a default judgment against Defendant, Intelli-Space Buildings, Inc. ("Defendant"), pursuant to Rule 55 of the Federal Rules of Civil Procedure. In support of its motion, Modular Space states as follows:

1. Modular Space filed its complaint against Defendant on November 30, 2007. A true and accurate copy of the Complaint is attached as Exhibit A.

2. The summons and complaint were served upon Ricky Matlock, Registered Agent of Defendant, on December 5, 2007. A true and accurate copy of the Affidavit of Service and Summons are attached as Exhibit B.

3. Defendant's answer was due to be filed on December 26, 2007.

4. Defendant has not appeared in this case or answered the complaint.

5. In light of Defendant's failure to answer, Modular Space requests that this court enter a default judgment against Intelli-Space Buildings, Inc. for replevin and in and amount of damages to be determined, plus costs, interest, reasonable attorney's fees and any such other and further relief as the Court deems appropriate.

13367\00001\458770.1

WHEREFORE, Plaintiff, Modular Space Corporation respectfully requests that this Court enter a default judgment against Defendant, Intelli-Space Modular Buildings, Inc., for replevin and in and amount of damages to be determined, plus costs, interest, reasonable attorney's fees and any such other and further relief as the Court deems appropriate.

Dated: January 23, 2008                                  MODULAR SPACE CORPORATION


                                                    By:    /s/ Susan J. Miller
                                                              One of its attorneys


Stephen R. Meinertzhagen, smeinertzhagen@burkelaw.com
Susan J. Miller, smiller@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, IL  60611
312-840-7000
Fax 312-840-7900