# EXHIBIT B

**SHERIFF'S OF ?, COUNTY OF KENDALL, ILLINOIS**
Affidavit of Service

Paper #:  2007 - 00002780          07CV6742     Date Recd: 12/03/2007   Date Filed: 12/03/2007   Die Date:

| | | |
|---|---|---|
| Defd/Witness | INTELLI-SPACE MODULAR BUILDINGS INC | Alternate/Employer Address: **SERVE REGISTERED AGENT** |
| Address: | 1540 ROUTE 31 | Address: **RICKY MATLOCK** |
| City, ST Zip | OSWEGO     60543 IL | City, ST Zip |
| Phone #: | | 0000000000 |

*Peuh*
*6-21-57*

Plaintiff Attorney:  WARREN MACKAY & SERRITELLA
Address:  330 NORTH WABASH AV
          CHICAGO                     IL   60611-3607

************************************************************************************

| TYPE OF PAPER SERVED | SUMMONS/REPLEVIN |
|---|---|

*I Certify that I served the above Papers on the Defendant as Follows:*

_____ 1.) **PERSONAL SERVICE:** (By leaving a copy of the civil papers with the named defendant personally.

_____ 2.) **SUBSTITUTE SERVICE:** (BY leaving a copy of the civil papers at the above abode with a member of the family 13 years of age or older, and informing that person of its contents. A copy will be mailed to the defendant at the above address. Copy Mailed by _____ on _____.

_✓_ 3.) Service on: CORPORATION;_X_COMPANY____BUSINESS____PARTNERSHIP____
         By leaving a copy of the civil papers/interrogatories with the registered agent, authorized person or partner of Defd.

_____ 4.) POSTED PAPERS

**RICHARD A. RANDALL, SHERIFF**

_____Niles 50_____ Deputy

Person served for Defendant/Witness __MATlOCK, Ricky Dean__ DOB _6/21/55_ Sex _M_ Race _W_ Ht _5'10_ Wt _205_

Relationship to Defendant/Witness __Owner__

Address where served __1540 RT 31   Oswego__ is address abode of Defd yes _X_ no____

Township served __Oswego__

Date of Service: This _5th_ day of _Dec_, 20_07_ Time: _10:38_ AM/PM

Remarks:_____

| Reasons Not Served: | Attempted Services: | | Sheriff Fees: |
|---|---|---|---|
| | Date | Time | |
| ___Moved | __/__/__ | __:__ AM/PM | Service _____ |
| ___Wrong Address | __/__/__ | __:__ AM/PM | Mileage _____ |
| ___Return/Atty/Plaintiff | __/__/__ | __:__ AM/PM | Return _____ |
| ___Other Reasons | __/__/__ | __:__ AM/PM | TOTAL _____ |
| | __/__/__ | __:__ AM/PM | |
| | __/__/__ | __:__ AM/PM | |
| | __/__/__ | __:__ AM/PM | |
| | __/__/__ | __:__ AM/PM | |

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Modular Space Corporation

V.

Intelli-Space Modular Buildings, Inc.

07CV 6742
JUDGE DARRAH
MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Intelli-Space Modular Buildings, Inc.
c/o Ricky Matlock, its registered agent
1540 State Route 31
Oswego, Illinois 60543

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*[handwritten:] Stephen R. Meinertzhagen / Burke Warren / 330 W Wabash Ste 2200 / Chg Il 60611*

Stephen R. Meinertzhagen
Burke, Warren, MacKay & Serritella
330 N. Wabash Avenue, Suite 2200
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*[signature]*

(By) DEPUTY CLERK

*[handwritten:] Stephen R. Meinertzhagen / Burke Warren Ste 2200 / Chg Il 60611*

NOV 3 0 2007

DATE