UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MODULAR SPACE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-cv-06742 |
| | ) | |
| INTELLI-SPACE BUILDINGS, INC. | ) | Judge John W. Darrah |
| | ) | |
| Defendant. | ) | Magistrate Judge Keys |

NOTICE OF MOTION

PLEASE TAKE NOTICE that we have this 23rd day of January, 2008 filed with the Clerk of the United States District Court for the Northern District of Illinois, Modular Space Corporation's Motion for Default. We will appear on this motion on Wednesday, January 30, 2008 at 9:00 a.m. before the Honorable Judge John W. Darrah in Courtroom 1203 located at 219 S. Dearborn Street, Chicago, Illinois.

Date:  January 23, 2008               Respectfully submitted,

                                      MODULAR SPACE CORPORATION

                                      By:   /s/ Susan J. Miller
                                            One of its attorneys

Stephen R. Meinertzhagen, smeinertzhagen@burkelaw.com
Susan J. Miller, smiller@burkelaw.com
Burke, Warren, Mackay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:    (312) 840-7900

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that she served a copy of the above Notice of Motion and Plaintiff's Motion for Default upon the following party

Ricky Matlock, Registered Agent
Intelli-Space Modular Buildings, Inc.
1540 State Route 31
Oswego, Illinois

by U.S. Mail, postage prepaid on January 23, 2008.

/s/ Susan J. Miller

13367\00001\458812.1