**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Modular Space Corporation
                                         Plaintiff,

v.                                                         Case No.: 1:07−cv−06742
                                                                 Honorable John W. Darrah

Intelli−Space Modular Buildings, Inc.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge John W. Darrah :Plaintiff's motion for default judgment [11] is withdrawn without prejudice with leave to re−file. Defendant is granted leave to file an appearance, instanter. Status hearing set for 2/13/08 at 9:00 a.m. for setting the time to file responsive pleadings. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.