**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Modular Space Corporation
                                  Plaintiff,

v.                                                                Case No.: 1:07−cv−06742
                                                                   Honorable John W. Darrah

Intelli−Space Modular Buildings, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge John W. Darrah :Status hearing held and continued to 4/15/08 at 9:00 a.m. Rule 26(a)(1) disclosures to be exchanged by 3/5/08. Defendant to file an answer by 2/27/08. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.