# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Modular Space Corporation

                              Plaintiff,

v.                                                 Case No.: 1:07−cv−06742

                                                            Honorable John W. Darrah

Intelli−Space Modular Buildings, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge John W. Darrah :By agreement of the parties, with acceptance from the Court, the defendant is granted an extension of time until 3/5/08 to respond to the complaint. Rule 26(a)(1) disclosures to be exchanged by 3/12/08.Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.