## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing Plaintiff's Answer and Affirmative Defenses to Defendant's Counterclaim to be served on all registered counsel of record by operation of the Court's electronic filing system on this date.

Dated: March 27, 2008

/s/ Susan J. Miller

464984.1