CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 28th day of March, 2008, a true and correct copy of the foregoing Plaintiff's Answer and Affirmative Defenses to Defendant's Counterclaim was filed electronically. Notice of this filing will be sent to the following party via the Court's electronic filing system:

Ricky Matlock, Registered Agent
Intelli-Space Modular Buildings, Inc.
1540 State Route 31
Oswego, Illinois


                                                            /s/ Susan J. Miller