IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MODULAR SPACE CORPORATION | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No.   07-cv-06742 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| INTELLI-SPACE MODULAR BUILDINGS, INC., | ) | |
| | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION TO AMEND PLEADINGS

Plaintiff Modular Space Corporation and Defendant Intelli-Space Modular Buildings, Inc., jointly move the Court for an order granting them leave to amend their pleadings, and in support thereof, state as follows:

1. In paragraphs 49, 50, and 51 of Plaintiff's original Verified Complaint for Replevin and Other Relief, there are typographical errors reversing the identity of the parties that Plaintiff wishes to correct by filing the attached Amended Verified Complaint for Replevin ("Amended Complaint") and Other Relief, instanter.

2. Defendant likewise seeks to amend its answer to conform with LR 10.1 and Fed.R.Civ.P. 8(b), within 14 days of Plaintiff filings its proposed Amended Complaint.

WHEREFORE, Plaintiff Modular Space Corporation and Defendant Intelli-Space Modular Buildings, Inc., respectfully request that this Court enter an order 1) granting Plaintiff leave to file its Amended Complaint, instanter, 2) granting Defendant 14 days to answer Plaintiff's Amended Complaint, and 3) granting such other relief as the Court deems appropriate.

Dated: March 28, 2008

| MODULAR SPACE CORPORATION | INTELLI-SPACE MODULAR CORPORATION |
|---|---|
| By: /s/ Susan J. Miller<br>     One of its Attorneys | By: /s/ Robert T. Kuehl<br>     One of its Attorneys |
| Stephen R. Meinertzhagen<br>Susan J. Miller<br>Burke, Warren MacKay & Serritella, P.C.<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, Illinois 60611<br>(312) 840-7000<br>FAX (312) 840-7900 | Robert T. Kuehl<br>Weltman, Weinberg & Reis Co., L.P.A.<br>180 N. LaSalle Street - Suite 2400<br>Chicago, Illinois 60601<br>(312) 782-9676<br>FAX (312) 782-4201 |

464398v1

464398.1