UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MODULAR SPACE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-cv-06742 |
| | ) | |
| INTELLI-SPACE BUILDINGS, INC. | ) | Judge John W. Darrah |
| | ) | |
| Defendant. | ) | Magistrate Judge Keys |

NOTICE OF MOTION

PLEASE TAKE NOTICE that at on April 1, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge W. Darrah in Room 1203, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present the attached *Agreed Motion to Amend Pleadings*.

Date: March 28, 2008

Respectfully submitted,

MODULAR SPACE CORPORATION

By: ___/s/ Susan J. Miller___
    One of its attorneys

Stephen R. Meinertzhagen, smeinertzhagen@burkelaw.com
Susan J. Miller, smiller@burkelaw.com
Burke, Warren, Mackay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:    (312) 840-7000
Facsimile:    (312) 840-7900

13367\00001\465009.1

CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 28th day of March, 2008, a true and correct copy of the foregoing Notice and Agreed Motion to Amend Pleadings was filed electronically. Notice of this filing will be sent to the following party via the Court's electronic filing system:

Ricky Matlock, Registered Agent
Intelli-Space Modular Buildings, Inc.
1540 State Route 31
Oswego, Illinois

/s/ Susan J. Miller

13367\00001\465009.1