UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MODULAR SPACE CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-cv-06742 |
| ) | |
| INTELLI-SPACE BUILDINGS, INC. ) | Judge John W. Darrah |
| ) | |
| Defendant. ) | Magistrate Judge Keys |

RE-NOTICE OF *AGREED* MOTION

PLEASE TAKE NOTICE that at on April 9, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John W. Darrah in Room 1203, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present the attached *Agreed* Motion to Amend Pleadings.

Date: April 3, 2008                                                 Respectfully submitted,

                                                                    MODULAR SPACE CORPORATION

                                                                    By:    /s/ Susan J. Miller
                                                                        One of its attorneys

Stephen R. Meinertzhagen, smeinertzhagen@burkelaw.com
Susan J. Miller, smiller@burkelaw.com
Burke, Warren, Mackay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:    (312) 840-7000
Facsimile:    (312) 840-7900

13367\00001\465009.2