CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 3rd day of April, 2008, a true and correct copy of the foregoing Notice and *Agreed* Motion to Amend Pleadings was filed electronically. Notice of this filing will be sent to all registered counsel of record via the Court's electronic filing system.

/s/ Susan J. Miller

465546.1