CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 10th day of April, 2008, a true and correct copy of the foregoing Amended Verified Complaint for Replevin and Other Relief was filed electronically. Notice of this filing will be sent to all registered counsel of record via the Court's electronic filing system.

/s/ Susan J. Miller

466257.1