# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Modular Space Corporation

                                      Plaintiff,

v.                                                          Case No.: 1:07−cv−06742
                                                                   Honorable John W. Darrah

Intelli−Space Modular Buildings, Inc.

                                      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: April 23, 2008

                                                                                     /s/ John W. Darrah

                                                                    United States District Judge