# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6742 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Modular Space Corporation vs. Intelli-Space Modular Buildings, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 12/18/08. Pretrial conference set for 5/6/09 at 1:30 p.m. Jury trial set for 5/11/09 at 9:00 a.m. Amended answer to be filed by 5/7/08.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|