# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6742 | **DATE** | 6/6/2008 |
| **CASE TITLE** | Modular Space Corporation v. Intelli-Space Modular Buildings, Inc. | | |

**DOCKET ENTRY TEXT**

Settlement conference held. The parties remain far apart in terms of their view of this replevin case. Unfortunately, the parties must engage in discovery before their positions might change. This case will not settle at this time. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. *AK*

Docketing to mail notices.

02:30;nfpc