UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MODULAR SPACE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-cv-06742 |
| | ) | |
| INTELLI-SPACE MODULAR BUILDINGS, INC. | ) | Judge John W. Darrah |
| | ) | |
| Defendant. | ) | Magistrate Judge Keys |

PLAINTIFF'S MOTION TO COMPEL RESPONSES
TO INTERROGATORIES AND DOCUMENT REQUESTS

Plaintiff Modular Space Corporation moves this Court for an order compelling Defendant Intelli-Space Modular Buildings, Inc. to fully respond to Plaintiff's first set of interrogatories and document requests, and in support thereof, states as follows:

1. On April 11, 2008, Plaintiff served Defendant with its first set of interrogatories and document requests, copies of which are attached hereto as Exhibits A and B, respectively. Defendant's responses to these written discovery requests were due on May 14, 2008. To date, Defendants have yet to serve any responses.

2. Stephen R. Meinertzhagen, counsel for Plaintiff, has diligently attempted to resolve this discovery dispute through consultation with Defendant's counsel, but without success. Specifically, Robert T. Kuehl, counsel for Defendant, advised Mr. Meinertzhagen in a May 16, 2008 telephone call that Defendant's responses would be served during the week of May 27, 2008. They were not.

3. Subsequently, on June 2, 2008, Mr. Kuehl advised Mr. Meinertzhagen that he expected to serve Defendant's discovery responses "shortly." On June 10, 2008, Mr. Meinertzhagen left Mr. Kuehl a message inquiring about the status of Defendant's written

discovery responses. Mr. Kuehl responded by sending an email stating that he "anticipate[d] that you will have our answers and responses by the end of this week," which would have been by June 13 2008. No responses were served by that date.

4. On June 20, 2008, Mr. Meinertzhagen called Mr. Kuehl and left a message requesting a firm date by which Defendant would respond to Plaintiff's outstanding written discovery requests. As of the filing of this motion, Mr. Kuehl has not returned Mr. Meinertzhagen's telephone message, and no responses have been received by Plaintiff.

5. For these reasons, Plaintiff respectfully requests that the Court enter an order requiring Defendant to serve its responses to Plaintiff's written discovery requests by a date certain, which Plaintiff proposes to be July 3, 2008.

WHEREFORE, Plaintiff Modular Space Corporation respectfully requests that this Court enter an order compelling Defendant Intelli-Space Modular Buildings, Inc. to respond to Plaintiff's first set of interrogatories and document requests by July 3, 2008, and grant such other and further relief as the Court deems appropriate, or which is provided under Fed. R. Civ. P. 37(a), including an award of fees and costs for bring this motion.

Dated: June 25, 2008                              MODULAR SPACE CORPORATION


                                                  By: /s/ Stephen R. Meinertzhagen
                                                       One of its Attorneys

Stephen R. Meinertzhagen, smeinertzhagen@burkelaw.com
Susan J. Miller, smiller@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
473967.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 25th day of June, 2008, a true and correct copy of the foregoing Plaintiff's Motion To Compel Responses To Interrogatories And Document Requests, and the associated Notice of Motion, were filed electronically. Notice of this filing will be sent to all registered counsel of record via the Court's electronic filing system.

/s/ Stephen R. Meinertzhagen

13367\00001\472450.1