IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MODULAR SPACE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  07-cv-06742 |
| | ) |
| INTELLI-SPACE MODULAR | ) Judge John W. Darrah |
| BUILDINGS, INC. | ) |
| | ) Magistrate Judge Keys |
| Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that we have this 25th day of June, 2008 filed with the Clerk of the United States District Court for the Northern District of Illinois, Plaintiff's Motion To Compel Responses To Interrogatories And Document Requests.  We will appear on this motion on Tuesday, July 1, 2008 at 9:00 a.m. before the Honorable Judge John W. Darrah in Courtroom 1203 located at 219 S. Dearborn Street, Chicago, Illinois.

Dated: June 25, 2008                                MODULAR SPACE CORPORATION,


                                                                     By:  /s/ Stephen R. Meinertzhagen
                                                                              One of Its Attorneys

Stephen R. Meinertzhagen
Susan J. Overby
Attorneys for Plaintiff
Burke, Warren MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
Phone: (312) 840-7000
Fax: (312) 840-7900
Attorney No. 41704