UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Modular Space Corporation

                        Plaintiff,

v.                                          Case No.: 1:07−cv−06742
                                                                                    Honorable John W. Darrah

Intelli−Space Modular Buildings, Inc.

                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: discovery motions and discovery disputes: specifically, but not limited to: plaintiff's motion to compel [31].(maf, )Mailed notice.

Dated: July 1, 2008

                                                                                   /s/ John W. Darrah

                                                                        United States District Judge