

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6742 | **DATE** | 7/11/08 |
| **CASE TITLE** | Modular Space Corporation v. Intelli-Space Modular Buildings, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff Modular Space Corporation's motion to compel written discovery responses (#31). The motion is granted. Defendant is directed to respond to all outstanding interrogatories and document requests by 7/18/08. All objections are waived. Counsel's Plaintiff is awarded his fees and costs for a total 2 and one half hours at the hourly rate of $310.00 per hour, which were incurred by counsel in bringing forth this motion. Status hearing set for 8/13/08 at 9:00 a.m. Discovery to proceed. *AK*

Docketing to mail notices.

00; 05;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|