IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MODULAR SPACE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-cv-06742 |
| ) | |
| INTELLI-SPACE MODULAR ) | Judge John W. Darrah |
| BUILDINGS, INC. ) | |
| ) | Magistrate Judge Arlander Keys |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that we have this 8th day of August, 2008 filed with the Clerk of the United States District Court for the Northern District of Illinois, Plaintiff's Plaintiff's Second Motion To Compel Responses To Interrogatories And Document Requests. We will appear on this motion on Wednesday, August 13, 2008 at 9:00 a.m. before the Honorable Magistrate Judge Arlander Keys in Courtroom 2230 located at 219 S. Dearborn Street, Chicago, Illinois.

Dated: August 8, 2008                             MODULAR SPACE CORPORATION,


                                                  By: /s/ Stephen R. Meinertzhagen
                                                       One of Its Attorneys


Stephen R. Meinertzhagen (smeinertzhagen@burke law.com)
Susan J. Overbey (soverbey@burkelaw.com)
Attorneys for Plaintiff
Burke, Warren MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
(312) 840-7000 Telephone
(312) 840-7900 Facsimile
Attorney No. 41704

13367\00001\474014.1