# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6742 | **DATE** | 8/13/08 |
| **CASE TITLE** | Modular Space Corporation v. Intelli-Space Modular Buildings, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff's Second Motion to Compel. The motion is granted for the reasons stated on the record (#36). The Defendant will file its amended responses to the interrogatories and document request by 9/3/08 pursuant to the discussion held in open court. By that same date, the Defendant will pay to Plaintiff the $775.00 costs that were awarded by the Court on 7/11/08. Plaintiff's request for the cost of the current motion is held in abeyance at this time. Status hearing held; continued to 9/10/08 at 9:00 a.m. instead of 9/8/08 as stated in open court. *AK*

Docketing to mail notices.

00; 15;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|